In the Matter of the Application of WILLIAM L. BUEHLER, Appellant, for a

Mandamus Order against HARRY TAPPEN, Supervisor of the Town of Oyster Bay, Nassau County, New York, Respondent.— Order denying motion for an order of mandamus unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.